

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Silvia Garcia

                                    **Plaintiff,**

                        **V.**

Build.com, Inc.

                                    **Defendant.**

| FILED |
| :---: |
| 7/17/2023 |
| CLERK U.S. DISTRICT COURT |
| SOUTHERN DISTRICT OF CALIFORNIA |
| BY:          J. Petersen  , Deputy |

**Civil No.**  22-cv-01985-DMS-KSC

**STRICKEN DOCUMENT:**

Amended Complaint

**Per Order #     19**

**18**