

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silvia Garcia, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Build.com, Inc., a Califirnia corporation;Does 1 through 10 inclusive<br><br>**Defendant.** | Civil Action No. 22-cv-01985-DMS-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff failed to submit a second amended complaint to cure the identified deficiencies within 14 days. The case is dismissed without further leave to amend. Case is closed.

Date:     4/15/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D.Frank

D.Frank, Deputy